

**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**

ORDER ON MOTION FOR EN BANC RECONSIDERATION

Appellate case name:     BMB Dining Services (Willowbrook), Inc. and RCI Hospitality, Inc. v. Willowbrook I Shopping Center L.L.C., Leon Vahn; Capital Realty Group. Inc. and Brant Widener

Appellate case number:    01-19-00306-CV

Trial court case number:  2015-20985

Trial court:              333rd District Court of Harris County

The en banc court has unanimously voted to deny appellants' motion for en banc reconsideration. It is ordered that the motion is **denied**.

Judge's signature:     /s/ Veronica Rivas-Molloy_____
                       ☑ Acting for the Court

* En banc court consists of Chief Justice Radack and Justices Kelly, Goodman, Landau, Hightower, Countiss, Rivas-Molloy, Guerra, and Farris.

Date: <u>October 7, 2021</u>